1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN T. NGUYEN,              ) | Case No. CV 08-5389-JHN (OP) |
|                            ) | |
|              Petitioner,   ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
|                            ) | RECOMMENDATIONS OF |
|         v.                 ) | UNITED STATES MAGISTRATE JUDGE |
|                            ) | |
| MICHAEL EVANS, Warden,     ) | |
|                            ) | |
|                            ) | |
|              Respondent.   ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Final Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting the Final Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition as untimely and dismissing this action with prejudice.

DATED: March 22, 2010

_____
HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge