JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AN T. NGUYEN,                              )        Case No. CV 08-5389-JHN (OP)
                                           )
                    Petitioner,            )        J U D G M E N T
                                           )
          vs.                              )
                                           )
MICHAEL EVANS, Warden,                     )
                                           )
                    Respondent.            )
_____)

          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED: March 22, 2010
                                    _____
                                    HONORABLE JACQUELINE H. NGUYEN
                                    United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge